UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY HENDERSON,<br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. CV 19-479 DSF (JCx)<br><br>JUDGMENT FOR DEFENDANT AFTER COURT TRIAL |

The Court having conducted a trial of this case, having reviewed the evidence submitted by the parties, and having issued its Findings of Fact and Conclusions of Law After Court Trial, it is ORDERED, ADJUDGED AND DECREED that judgment be entered against Plaintiff and in favor of Defendant, that Plaintiff take nothing, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920, and Local Rule 54.

Dated: January 4, 2021

_____
Dale S. Fischer
United States District Judge